# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LENFORD LYNN CUTRER, ET AL

VERSUS

NILA HOLTON ALEXIS AND
CARLIN ALEXIS

NO.   2019 CW 1054

SEP 0 3 2019

---

In Re:   Nila Holton Alexis, Berkley M. McKenzie, and Carlin Alexis, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 111308.

---

BEFORE:   **GUIDRY, HIGGINBOTHAM, AND LANIER, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** Relators failed to provide documentation that the writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal. Relators also failed to include a copy of each pleading on which the judgment, order or ruling was founded, including the petition, answer and any incidental demands, pertinent court minutes and the extended return date order, in violation of Rules 4-5(8), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before September 17, 2019, and must contain a copy of this ruling.

JMG
TMH
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT